UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REBECCA GRAVEL,
    Plaintiff,

vs.                               CASE NO. 8:05-CIV-1118-T-17-EAJ

JO ANNE BARNHART, etc.,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Elizabeth A. Jenkins on July 12, 2006 (Docket No. 15). The magistrate judge recommended that the Court should find that the decision of the Commissioner of Social Security should be reversed and remanded for further proceedings consistent with the Report and Recommendation and, further, that the Clerk of Court enter final judgment in accordance with 42 U.S.C. § 405(g) as a "sentence four" remand and close this file, with each party bearing his own costs and expenses.

      Pursuant to Rule 6.02, Rules of the United States District Court for the Middle District of Florida, the parties had ten (10) days after service to file written objections to the proposed findings and recommendations, or be barred from attacking the factual findings on appeal. **Nettles v. Wainwright**, 677 F.2d 404 (5th Cir. 1982) (en banc). No timely objections to the report and recommendation have been filed.

## STANDARD OF REVIEW

      When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court

CASE NO. 8:04-CIV-922-T-17

should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation, dated July 12, 2006 (Docket No. 15) be **adopted** and **incorporated by reference**; the Court finds that the decision of the Commissioner of Social Security should be reversed and remanded for further proceedings consistent with the Report and Recommendation. Further, the Clerk of Court is **directed** to enter final judgment in accordance with 42 U.S.C. § 405(g) as a "sentence four" remand and close this file, with each party bearing his own costs and expenses.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 27th day of July, 2006.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge